

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN THE MATTER OF:

Gloria Jean Jackson

Case No.: 17-21293
Chapter 13

DEBTOR(S)

M & T Bank

MOVANT
vs.
Gloria Jean Jackson

RESPONDENT(S)

**CONSENT ORDER AND STIPULATION MODIFYING AUTOMATIC STAY**

TO THE HONORABLE, THE JUDGE OF SAID COURT:

    Upon consideration of the foregoing Motion Seeking Relief from Automatic Stay, the parties having reached an agreement, and good cause having been shown, by the United States Bankruptcy Court for the District of Maryland.

1

ORDERED that the Automatic Stay be, and it is, hereby terminated, pursuant to 11 U.S.C. 362(d), to permit Movant, its assigns and/or successors, to commence foreclosure proceedings in the Circuit Court for Montgomery County, Maryland against the real property and improvement known as 18704 WINDING CREEK PL, GERMANTOWN, MD 20874 and that the successful purchasers shall take possession of the same; and be it further

ORDERED that the relief granted in the immediately proceeding paragraph be, and the same is hereby stayed, provided that the Debtor(s):

1. Resume(s) making regular monthly payments on October 1, 2018, of $408.19 or as adjusted for escrow changes and continue thereafter, as well as all other conditions and obligations under the terms of the Deed of Trust or Mortgage, and

2. Make(s) a payment of $239.27 for nine months beginning October 15, 2018, and continue through June 15, 2019.  The total post-petition arrearage due from July 1, 2018 to September 1, 2018 is $2,153.43 which includes $1,031.00 bankruptcy legal fees, less $109.61 in suspense.

Payments should be mailed to:
    M & T Bank
    PO Box 1288
    Buffalo, NY 14240

Should the Debtor(s) fail to make any payment when due or should any payment be returned for insufficient funds, Movant shall file a Notice of Default with the Court.  Said Notice shall provide copies to the Debtor(s) and Debtor(s)' attorney and allow the Debtor(s) ten (10) days from the date the Affidavit of Default is mailed to cure two (2) default(s) under this agreement.  Any cure of an Affidavit of Default must be made in the form of a certified or cashier's check, or Western Union Quick Collect.  No right shall be given to cure any ensuing default.  In the event of a subsequent default and upon notice to Debtor(s), Debtor(s)' counsel and the Court the stay shall automatically terminate.

The fourteen (14) day stay of Bankruptcy Rule 4001(a)(3) is waived.

The parties agree that if the Debtor(s) converts this case to a Chapter 7, the Movant may immediately exercise all rights provided by the security instruments referenced in this Order and applicable state law.

/s/Jillian M. Kindlund  
Jillian M. Kindlund, Esquire  
Attorney for Debtor

/s/ Richard J. Rogers  
Richard J. Rogers, Esquire  
Cohn, Goldberg & Deutsch, LLC  
600 Baltimore Avenue, Suite 208  
Towson, MD  21204  
410-296-2550  
Fax: 410-296-2558  
Email: bankruptcyecf@cgd-law.com  
Federal Bar #: 01980 (MD)  
Attorney for Movant

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.

/s/ Richard J. Rogers\
Richard J. Rogers, Esquire\
Cohn, Goldberg & Deutsch, LLC\
600 Baltimore Avenue, Suite 208\
Towson, MD  21204\
410-296-2550\
Fax: 410-296-2558\
Email: bankruptcyecf@cgd-law.com\
Federal Bar #: 01980 (MD)\
Attorney for Movant

Copies to:

Gloria Jean Jackson\
18704 WINDING CREEK PL\
GERMANTOWN, MD 20874

and respondent(s)' counsel:\
Jillian M. Kindlund, Esquire\
19142 ROCKY CREST TER\
Leesburg, VA 20176

Nancy Spencer Grigsby, Trustee\
185 Admiral Cochrane Dr.\
Suite 240\
Annapolis, MD 21401

Cohn, Goldberg & Deutsch, LLC\
600 Baltimore Avenue, Suite 208\
Towson, MD  21204

**End of Order**